UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

J̲a̲y̲c̲o̲b̲ B̲u̲n̲k̲e̲r̲,

        Plaintiff,                Case No. 1:20-cv-1199

v.                                    Honorable Paul L. Maloney

U̲n̲k̲n̲o̲w̲n̲ M̲c̲G̲l̲o̲n̲e̲ et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated: June 18, 2021                /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge